69858. MASON et al. v. OSBURN HARDWARE & SUPPLY COMPANY.
(331 SE2d 888)

SOGNIER, Judge.

Appellants filed a direct appeal to this court on October 8, 1984, from an order of the Superior Court of Emanuel County denying their third-party claim brought in a garnishment proceeding. Effective July 1, 1984, OCGA § 5-6-35 (a) was amended to include among the categories of cases in which an application for appeal must be taken "[a]ppeals from cases involving garnishment or attachment, except [for certain judgments and orders not in issue here]." OCGA § 5-6-35 (a) (4). Appellants failed to obtain an order of this court permitting the filing of an appeal pursuant to the provisions of OCGA § 5-6-35 (a). Accordingly, we must dismiss the appeal.

*Appeal dismissed. Birdsong, P. J., and Carley, J., concur.*

DECIDED MAY 28, 1985.

*Van Reynolds, Bobby Jones*, for appellants.
*Robert S. Reeves*, for appellee.